IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| JOHN STRONG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; | ) ) ) ) | 2:22-CV-00932-CRE |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| LENDINGCLUB CORPORATION, | ) ) | |
| Defendant, | ) | |

**ORDER**

AND NOW, this 22nd day of March, 2023,

IT IS HEREBY ORDERED that Defendant LendingClub Corporation's Motion to Dismiss for Failure to State a Claim and to Compel Individual Arbitration of the Claims of Plaintiff (ECF No. 4) is denied without prejudice to refile after the parties have conducted limited discovery into the arbitrability of Plaintiff John Strong's claims.

IT IS FURTHER ORDERED that discovery for this limited purpose shall be concluded by June 30, 2023. LendingClub's renewed motion to compel arbitration is due by July 28, 2023 with brief limited to fifteen (15) pages. Plaintiff Strong's response is due August 28, 2023 with brief limited to fifteen (15) pages. LendingClub's reply is due by September 11, 2023 with brief limited to five (5) pages.

By the Court:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge

cc: all registered counsel via CM-ECF